George F. Hand, Esq.
Nevada State Bar No. 8483
ghand@handsullivan.com
Samantha A. Herbeck, Esq.
Nevada State Bar No. 14542
sherbeck@handsullivan.com
**HAND & SULLIVAN, LLC**
3442 North Buffalo Drive
Las Vegas, Nevada 89129
Telephone:  (702) 656-5814
Facsimile:  (702) 656-9820

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY COMPANY as
Subrogee of THOR JORGENSEN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY as Subrogee of THOR JORGENSEN,<br><br>Plaintiff<br><br>vs.<br><br>SPACOM, L.L.C. dba BATCADDY LLC, a foreign limited liability company,<br><br>Defendant | CASE NO.:  2:24-cv-01543-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of THOR JORGENSEN, by and through its counsel of record, Samantha A. Herbeck, Esq. and George F. Hand, Esq. of the law office of Hand & Sullivan, LLC, and Defendant SPACOM, L.L.C dba BATCADDY LLC, by and through its counsel of record, Richard Waltjen, Esq. of Pyatt Silvestri, that this matter is hereby dismissed in its entirety, with prejudice, with each party to bear their own costs and fees.

/ / /

/ / /

**HAND & SULLIVAN, LLC**

Dated: January 28, 2026

/s/ George F. Hand
George F. Hand, Esq. (#8483)
Samantha A. Herbeck, Esq. (#14542)
3442 North Buffalo Drive
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

**PYATT SILVESTRI**

Dated: January 28, 2026

/s/ Richard Waltjen
James P.C. Silvestri, Esq (#3603)
Richard Waltjen, Esq. (#13416)
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
*Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 28, 2026

2